IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>MCCORD CORP.,<br><br>Defendant. | Civil No. 1:22-cv-289-SM |

## JOINT MOTION FOR ENTRY OF ORDER UNDER FEDERAL RULE OF EVIDENCE 502

The Parties have negotiated and agreed to the terms of an Order under Rule 502 of the Federal Rules of Evidence (hereinafter FRE 502 Order, or Order). This FRE 502 Order will govern in the event that a Party discloses information during discovery that the Party subsequently asserts should be considered privileged and seeks to claw back. This Order replaces the provisions of Federal Rule of Evidence 502(b) and invokes the protections of Federal Rule of Evidence 502(d) and Rules 16(b) and 26(c) of the Federal Rules of Civil Procedure. The Parties believe that entry of this Order will promote efficiency by establishing a clear procedure for invoking privilege over previously produced documents during this litigation. In accordance with the Court's November 29, 2022 Order regarding the Parties' Joint Discovery Plan, the Parties respectfully request Court to enter this FRE 502 Order.

Respectfully submitted,

*For the Plaintiff United States of America:*

*/s/* Natalie G. Harrison
NATALIE G. HARRISON
Florida Bar No.: 0111525
ALISON KELLY
Florida Bar No.: 0016660
Trial Attorneys
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0461
Natalie.G.Harrison@usdoj.gov


*For the Plaintiff State of New Hampshire:*

*/s/* Joshua C. Harrison
Joshua C. Harrison, Bar # 269564
Assistant Attorney General
Environmental Protection Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3679
Joshua.C.Harrison@doj.nh.gov


*For Defendant McCord:*

*/s/* Robert R. Lucic
Robert R. Lucic (NH Bar #9062)
Thomas S. Burack (NH Bar #6552)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 668-0300
rlucic@sheehan.com

tburack@sheehan.com

Marc J. Goldstein *(admitted pro hac vice)*
Eric L. Klein *(admitted pro hac vice)*
BEVERIDGE & DIAMOND PC
155 Federal St. Suite 1600
Boston, MA 02110
(617) 419-2315
mgoldstein@bdlaw.com
eklein@bdlaw.com

Michael F. Vitris *(admitted pro hac vice)*
BEVERIDGE & DIAMOND PC
400 West 15th St. Suite 1410
Austin, Texas 78701-1648
(512) 319-8035
mvitris@bdlaw.com

James B. Slaughter *(admitted pro hac vice)*
BEVERIDGE & DIAMOND PC
1900 N St. NW Suite 100
Washington, DC 20036
(202) 789-6040
jslaughter@bdlaw.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that this document was filed today through the CM/ECF system, which automatically provides a digital copy of it to all attorneys of record.

    /s/ Natalie G. Harrison
NATALIE G. HARRISON
Florida Bar No.: 0111525
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Tel: (202) 305-0461
Fax: (202) 616-2427
Natalie.G.Harrison@usdoj.gov