UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES, | |
| Plaintiffs, | |
| v. | Civ. No. 1:22-cv-289-SM |
| MCCORD CORP., | |
| Defendant. | |

**JOINT MOTION TO EXTEND SCHEDULING DEADLINES APPROVED AND ADOPTED IN THE COURT'S MARCH 8, 2023 PRETRIAL SCHEDULING ORDER APPROVING THE PARTIES' AMENDED JOINT PROPOSED DISCOVERY PLAN**

In accordance with Local Rule of Civil Procedure 7.2(a), Plaintiff State of New Hampshire Department of Environmental Services (New Hampshire), Plaintiff United States of America (United States), and Defendant McCord Corporation (McCord), respectfully submit this *Joint Motion to Extend Scheduling Deadlines Approved and Adopted in the Court's March 8, 2023 Pretrial Scheduling Order Approving the Parties' Amended Joint Proposed Discovery Plan*. In support hereof, the Parties aver as follows:

1.      Section XI of the Parties' Amended Joint Proposed Discovery Plan (ECF No. 27) ("Discovery Plan"), approved and adopted by the Court on March 8, 2023, provides that fact discovery shall end on August 1, 2023.

2.      Parties are currently engaged in fact discovery. The United States propounded a Second Set of Interrogatories and Requests for Production of Documents, as well as a First Set of Requests for Admission, to McCord on June 21, 2023; New Hampshire propounded Requests for Production of Documents and Interrogatories to McCord on June 30, 2023; and McCord

1

propounded its First Set of Interrogatories and First Set of Requests for Production of Documents to New Hampshire on June 23, 2023.

3.      Due to the nature and volume of documents that New Hampshire must review and scan to respond to McCord's discovery requests, New Hampshire requires an additional sixty days beyond the August 1, 2023 fact discovery deadline to review its paper files and respond to McCord's discovery requests.  Further, the extension of the fact discovery deadline will necessitate extensions of other deadlines in the Discovery Plan.  However, the extension would not result in continuance of any hearing, conference, or trial.

4.      New Hampshire conferred with the United States and McCord, and they agree to extend the current deadlines in the Discovery Plan. In accordance with Local Rule 7.2(a), the Parties respectfully request to extend the current deadlines set forth in the Discovery Plan.  A modified Civil Form 3 is attached to this motion as Exhibit A and sets forth the current deadlines in the Discovery Plan and the new proposed deadlines for the Court's consideration.

WHEREFORE, the Parties respectfully request that this Honorable Court:

A.      Grant this motion;

B.      Amend the Amended Joint Proposed Discovery Plan to reflect the proposed scheduling deadlines set forth in Civil Form 3 (Exhibit A) to this motion; and

C.      Grant any other relief that this Court deems just and appropriate.

DATE: July 20, 2023

Respectfully submitted,

STATE OF NEW HAMPSHIRE DEPARTMENT
OF ENVIRONMENTAL SERVICES

By and through its attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

/s/ Joshua C. Harrison

Joshua C. Harrison, Bar # 269564
Assistant Attorney General
Environmental Protection Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3679
Joshua.C.Harrison@doj.nh.gov

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALISON KELLY
FL Bar No. 0016660
NATALIE G. HARRISON
FL Bar No. 0111525
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-1210 (Kelly)
(202) 305-0461 (Harrison)
Alison.Kelly@usdoj.gov
Natalie.G.Harrison@usdoj.gov

3

MCCORD CORPORATION

By its Attorneys,

/s/ Joshua C. Harrison for Attorney Vitris
Michael F. Vitris (admitted *pro hac vice*)
BEVERIDGE & DIAMOND PC
400 West 15th Street Suite 1410
Austin, Texas 78701-1648
(512) 391-8035
mvirtis@bdlaw.com

Robert R. Lucic (NH Bar #9062)
Thomas S. Burack (NH Bar #6552)
Bryanna K. Devonshire (NH Bar #269462)
Abbygale S. Martinen (NH Bar #272938)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 668-0300
rlucic@sheehan.com
tburack@sheehan.com
bdevonshire@sheehan.com
amartinen@sheehan.com
Marc J. Goldstein (admitted *pro hac vice*)
Eric L. Klein (admitted *pro hac vice*)
Lauren M. Karam (admitted *pro hac vice*)
BEVERIDGE & DIAMOND PC
155 Federal St. Suite 1600
Boston, MA 02110
(617) 419-2315
mgoldstein@bdlaw.com
eklein@bdlaw.com
lkaram@bdlaw.com

James B. Slaughter (admitted *pro hac vice*)
BEVERIDGE & DIAMOND PC
1900 N St. NW Suite 100
Washington, DC 20036
(202) 789-6040
jslaughter@bdlaw.com

4

OF COUNSEL:
John Hultgren, Esq.
Office of Regional Counsel
U.S. Environmental Protection Agency Region 1
5 Post Office Square – Suite 100
Boston, MA 02109-3912

## CERTIFICATE OF SERVICE

I, Joshua Harrison, hereby certify that on July 20, 2023, I electronically filed the above *Joint Motion to Extend Scheduling Deadlines Approved and Adopted in the Court's March 8, 2023 Pretrial Scheduling Order Approving the Parties' Amended Joint Proposed Discovery Plan* with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Joshua C. Harrison
Joshua C. Harrison, Bar #269564
Assistant Attorney General
Environmental Protection Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-3679
Joshua.C.Harrison@doj.nh.gov

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA & STATE
OF NEW HAMPSHIRE DEPARTMENT OF
ENVIRONMENTAL SERVICES,

      Plaintiffs,

  v.

MCCORD CORP.,

      Defendant.

Civ. No. 1:22-cv-289-SM

**ATTACHMENT TO JOINT MOTION TO EXTEND SCHEDULING DEADLINES
ESTABLISHED IN THE COURT'S MARCH 8, 2023 PRETRIAL SCHEDULING
ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Ends | August 1, 2023 | October 2, 2023 |
| Deadline to Disclose Experts and Serve Expert Reports | September 15, 2023 | November 20, 2023 |
| Deadline to Disclose Rebuttal Experts and Serve Rebuttal Reports | November 15, 2023 | January 31, 2024 |
| Deadline to Complete Expert Depositions | December 15, 2023 | February 29, 2024 |
| Cross-motions for Partial Summary Judgment and Other Dispositive Motions Due | February 9, 2024 | April 26, 2024 |
| Responses to Cross-motions and Dispositive Motions Due | March 22, 2024 | June 7, 2024 |
| Replies to Cross-motions and Dispositive Motions Due | April 19, 2024 | July 12, 2024 |